No. 96–874. HONEYWELL, INC. *v.* LITTON SYSTEMS, INC. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case

1112

remanded for further consideration in light of *Warner-Jenkinson Co.* v. *Hilton Davis Chemical Co., ante,* p. 17. ▮